UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINONYEREM OSUAGWU,<br><br>                          Plaintiff,<br><br>  -against-<br><br>GILA REGIONAL MEDICAL CENTER, JOHN DOE and JANE DOE,<br><br>                          Defendants. | Case No. 15-cv-05152-PKC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Defendant Gila Regional Medical Center. I certify that I am admitted to practice before this Court.

Dated: July 30, 2015
       New York, New York

                                         CARTER LEDYARD & MILBURN LLP
                                         By:   /s/ Mark R. Zancolli
                                         Mark R. Zancolli, Esq.
                                         2 Wall Street
                                         New York, New York 10005
                                         Tel: (212) 732-3200
                                         zancolli@clm.com
                                         *Attorneys for Defendants*