UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINONYEREM OSUAGWU,<br><br>       Plaintiff,<br><br> -against-<br><br>GILA REGIONAL MEDICAL CENTER, JOHN DOE and JANE DOE,<br><br>       Defendants. | Case No. 15-cv-05152-PKC |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Defendant Gila Regional Medical Center. I certify that I am admitted to practice before this Court.

Dated: July 30, 2015
   New York, New York

                CARTER LEDYARD & MILBURN LLP
                By:  /s/ Brandon J. Isaacson
                Brandon J. Isaacson, Esq.
                2 Wall Street
                New York, New York 10005
                Tel: (212) 732-3200
                isaacson@clm.com
                *Attorneys for Defendants*