# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

| | | |
|---|---|---|
| **Mark R. Zancolli**<br>Partner<br>•<br>*Direct Dial: 212-238-8735*<br>*E-mail zancolli@clm.com* | *2 Wall Street*<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |

July 30, 2015

**VIA ECF**

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Osuagwu v. Gila Regional Medical Center et al.*
              (Case No. 15-cv-05152-PKC)

Dear Judge Castel:

      This firm represents Defendant Gila Regional Medical Center ("Gila Regional") in the above-referenced action. I write to request an extension of Gila Regional's time to respond to the complaint to September 4, 2015. Gila Regional's current deadline to respond is August 5, 2015. This is Gila Regional's first request for an extension. As Gila Regional has just retained this firm as counsel in this matter, it requests this extension to allow it time to investigate Plaintiff's claims and Gila Regional's defenses and counterclaims. Plaintiff's counsel has consented to the requested extension.

                                  Respectfully submitted,

                                    Mark R. Zancolli

7661377.1