# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Mark R. Zancolli
Partner

Direct Dial: 212-238-8735
E-mail zancolli@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

July 30, 2015

**VIA ECF**

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

> The application to adjourn the date for defendant Gila Regional to answer the Complaint to September 4, 2015 is granted.
> SO ORDERED.
> July 30, 2015.
>
> P. Kevin Castel
> United States District Judge

Re: *Osuagwu v. Gila Regional Medical Center et al.*
(Case No. 15-cv-05152-PKC)

Dear Judge Castel:

This firm represents Defendant Gila Regional Medical Center ("Gila Regional") in the above-referenced action. I write to request an extension of Gila Regional's time to respond to the complaint to September 4, 2015. Gila Regional's current deadline to respond is August 5, 2015. This is Gila Regional's first request for an extension. As Gila Regional has just retained this firm as counsel in this matter, it requests this extension to allow it time to investigate Plaintiff's claims and Gila Regional's defenses and counterclaims. Plaintiff's counsel has consented to the requested extension.

Respectfully submitted,

Mark R. Zancolli

7661377.1