AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Chinonyerem Osuagwu | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   15-cv-05152(PKC) |
| Gila Regional Medical Center | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Plaintiff Chinonyerem Osuagwu_

Date:   _09/04/2015_

/s/
*Attorney's signature*

Roland R. Acevedo   NYS 2810042
*Printed name and bar number*

Scoppetta Seiff Kretz & Abercrombie
444 Madison Ave, 30th fl.
New York, NY 10022

*Address*

Racevedo1@aol.com
*E-mail address*

(212) 371-4500
*Telephone number*

(212) 371-6883
*FAX number*